**Octavio HUERTA, Plaintiff-Appellant**

v.

**UNITED STATES of America; Jefferson B. Sessions, III, U.S. Attorney General; James B. Comey; Steven T. Mnuchin, Secretary, U.S. Department of Treasury, Defendants-Appellees**

No. 16-50410
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed June 19, 2017

Octavio Huerta, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by the court and the Magistrate Judge and for failing to serve process on any named defendant.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.